# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

May 25, 2021

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Room 1106
New York, New York 10007

> The application is **GRANTED**. The initial pre-trial conference scheduled for June 3, 2021, (Dkt. No. 12) is **ADJOURNED to July 1, 2021, at 10:40 a.m.**
>
> Dated: May 26, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Rosanna Mayo-Coleman v. American Sugar Refining, Inc., et al.*
Civ. No.: 21-cv-02725 (LGS): Adjournment Request

Dear Judge Schofield:

The undersigned represents Plaintiff Rosanna Mayo-Coleman ("Plaintiff"), in the above-referenced matter. We respectfully write jointly with Defendants pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, Rule I(B)(2) to request the Pretrial Conference currently scheduled for June 3, 2021 at 10:40 a.m., be adjourned to a date after Defendants have Answered or otherwise responded to the Complaint. This is the first request.

This case was initially filed in Supreme Court of the State of New York, County of Bronx by a Summons with Notice on October 14, 2020. Index No. 31945/2020E. Defendants removed the case to the United States District Court for the Southern District of New York on March 30, 2021. Dkt. 1. On April 6, 2021, this Court ordered the Complaint be filed on May 31, 2021, and Defendants respond within 30 days of service of the Complaint, which is June 30, 2021. Dkt. 11.

On April 22, 2021, a Pretrial Conference was scheduled for June 3, 2021, at 10:40 a.m. Dkt. 12. We now respectfully request that the Pretrial Conference be adjourned to a date convenient for the Court after Defendants' deadline to file a response to the Complaint on June 30, 2021, so both Parties are able to substantively assess and discuss the claims and defenses prior to establishing a Discovery Schedule.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Siobhan Klassen
By: Siobhan Klassen, Esq.

cc: All Counsel of Record (via ECF)