# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

> **Plaintiff's request for an extension of the deadline to file a complaint is DENIED as moot.**
>
> **The parties' request for an adjournment of the initial conference scheduled for July 1, 2021, is DENIED.**
>
> **The Clerk of Court is respectfully directed to close the motion at Docket No. 15.**
>
> **Dated: June 1, 2021**
> **New York, New York**
>
> */s/ Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rosanna Mayo-Coleman v. American Sugar Refining, Inc. et al.*
    <u>Case No.: 1:21-cv-02725-LGS</u>

Dear Judge Schofield:

The undersigned represents Plaintiff Rosanna Mayo-Coleman ("Plaintiff"), in the above-referenced matter. We write with the consent of the Defendants to respectfully request a one-week extension of Plaintiff's deadline to file her Complaint from May 31, 2021, to and including June 7, 2021 or in the alternative, permission to file the Complaint on June 1, 2021 as our Firm will be closed on May 31, 2021 for the holiday. The parties also respectfully request an adjournment of the Initial Conference scheduled for July 1, 2021 as Defendant's answer to the Complaint will be due after the currently scheduled conference. This is Plaintiff's second request for an adjournment of the Initial Conference.

The extension is sought due to a Covid related illness that has caused various delays in our Firm.

We conferred with Defendant's counsel about the requested extension and received their consent.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*

By: Megan S. Goddard, Esq.

cc: All Counsel of Record (via ECF)