```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
ROSANNA MAYO-COLEMAN,                                 :
                              Plaintiff,              :
                                                      :        21 Civ. 2725 (LGS)
              -against-                               :
                                                      :        ORDER
                                                      :
AMERICAN SUGAR REFINING, INC., et al.                 :
                              Defendants.             :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for July 1, 2021. Dkt. No. 14.

WHEREAS, the parties filed a proposed case management plan and joint letter, in which Defendant American Sugar Refining, Inc. states that it intends to file a limited motion to dismiss. Dkt. No. 24. It is hereby

**ORDERED** that the initial conference scheduled for July 1, 2021, is **ADJOURNED to July 15, 2021, at 4:30 p.m.** The conference will be telephonic and will take place on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. It is further

ORDERED that by **July 1, 2021**, Defendants shall file any pre-motion letter in anticipation of a motion to dismiss, in the manner provided in Individual Rule III.A.1, and Plaintiff shall file a responsive letter by **July 8, 2021**.

Dated: June 25, 2021
      New York, New York

                                                      LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE