```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ROSANNA MAYO-COLEMAN,                                        :
                              Plaintiff,                     :
                                                             :      21 Civ. 2725 (LGS)
                -against-                                    :
                                                             :          ORDER
                                                             :
AMERICAN SUGAR REFINING, INC., et al.                        :
                              Defendants.                    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for July 15, 2021, at 4:30 p.m. Dkt. No. 25. It is hereby

**ORDERED** that the initial conference is **RESCHEDULED for July 15, 2021, at 10:30 a.m.** The conference will be telephonic and will take place on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: July 14, 2021
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**