UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSANNA MAYO-COLEMAN,
                Plaintiff,

        -against-

AMERICAN SUGAR REFINING, INC., et al.
                Defendants.
------------------------------------------------------------X

21 Civ. 2725 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial and pre-motion conference was held on July 15, 2021. For the reasons stated during the conference, it is hereby

**ORDERED**, that by **July 29, 2021**, the parties shall file a letter apprising the Court of whether they plan to pursue mediation and, if so, the mediator the parties intend to use and the proposed schedule for mediation.

Dated: July 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**